**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 75.31.186.230,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02300-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed March 20, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiffs' Notice of Voluntary Dismissal, (ECF No. 17), filed November 2, 2026, and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all of Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 2, 2026
Date